1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1872 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Rosalinda Chavez, et al.,<br><br>        Plaintiffs,<br><br>vs.<br><br>Pfizer Inc., et al.<br>        Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Albert Callahan, Osie Callahan, Rosalinda Chavez, Veronica Crumpton, Larry Cumberland, John Elizondo, Marjorie Follman, Christopher Franks, Judith Gladbach, Ola Mae Johnson, Individually and on behalf of Robert Johnson, David Kirkham, Gary Oliver, Rebecca Pilon, Eluterio Rodarte, Feliciana Rodriguez, Terry Tabandera, Henry Valenzuela, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

| | | |
|---|---|---|
| DATED: Jan. 12, 2010 | | MATTHEWS & ASSOCIATES |

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court